UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID L. STRATMON, Jr., | ) | 1:10-cv-00127 MJS (HC) |
| Petitioner, | ) ) ) | ORDER DENYING MOTION IN OPPOSITION TO MOTION FOR EXTENSION OF TIME |
| v. | ) ) | |
| H.A. RIOS, Warden, | ) | [Doc. 15] |
| Respondent. | ) ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 15, 2010, Petitioner filed a motion in opposition to Respondent's motion for extension of time. Petitioner requests the Court rescind its prior order granting Respondent an extension of time to file a response. The Court is aware of Petitioner desire to have the matter decided as quickly as possible. However, the Court shall afford both parties adequate time to prepare and file appropriate pleadings. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible and will do so in this case.  Accordingly, Petitioner's motion opposing Respondent's motion for extension of time is DENIED.

IT IS SO ORDERED.

Dated:   October 7, 2010                    /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE